ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JUL -7 P 4:22

CLERK
SO. DIST. OF GA.

DESI LEE HYMAN JACKSON, )
)
Plaintiff, )
)
v. ) CV 314-012
)
WILLIAM C. DANFORTH, Warden of )
Telfair State Prison, )
)
Defendant. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 7th day of July, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff requested and received an extension of time to file his objections. (See doc. nos. 10, 11.)